# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1145 TAMARACK TRAIL<br>EAST RIDGE, TENNESSEE 37412 | )<br>)<br>)   Case No.   1:23-mj- 156<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Tennessee___
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 20, 2023___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Christopher H. Steger___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 6, 2023                            /s/ Christopher H. Steger
                                                                                     *Judge's signature*

City and state:    Chattanooga, Tennessee            Christopher H. Steger, United States Magistrate Judge
                                                                                 *Printed name and title*

# Return

| Case No.: 1:23-mj-156 | Date and time warrant executed: 06/07/2023 @ 0615 | Copy of warrant and inventory left with: Left inside residence on kitchen table |
|---|---|---|

Inventory made in the presence of: Kasey Williams SA/HSI

Inventory of the property taken and name of any person(s) seized:

(1) Bronze bust
(3) Framed photographs of a castle
(12) Miscellaneous photographs from photo albums
(1) Social Security Card issued to "Sead DUKIC"
(1) INS Refugee Travel Document issued to "Sead DUKIC"
(1) TN Driver's License (duplicate - paper copy)
(2) Passport photos of "Sead DUKIC"
(2) Applications for TN Driver's License for "Sead DUKIC"
(1) Belt buckle
(2) Foreign military headware
(6) Political + military books
(1) Framed photograph of 2 males sitting on couch
(1) USCIS letter addressed to "Sead DUKIC"
(1) ASC/COLO Standard Operating Procedures Ten printer worksheet for "Sead DUKIC"
(1) US Passport issued to "Sead DUKIC"
(1) Travel flight itenerary for trip from Atlanta to Zagreb
(1) Serbian flag

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/08/2023

_Executing officer's signature_

SA Kasey Williams HSI
_Printed name and title_

# ATTACHMENT A

## Description of the property to be searched

1145 Tamarack Trail, East Ridge, Tennessee
also listed as 1145 Tamarack Trail and 1145 Tamarack Drive, Chattanooga, Tennessee

The property to be searched is a one-story residence located at 1145 Tamarack Trail, East Ridge, Tennessee (pictured below). The front of the building has brick and white vinyl siding. When facing the front of the house, there is a driveway on the right-hand side of the house. The numbers 1145 are affixed to the top of the door. There is a walkway from the driveway to the door, which is in the center of the house. There is one window to the left of the front door and three windows to the right of the front door.



## ATTACHMENT B

### List of items authorized to be searched for and seized pursuant to search warrant

1. Identity documents to include, passports, driver's licenses, military identification cards—including but not limited to VOB-2, VOB-3 and VOB-8[1], police identification cards, birth certificates, fingerprint cards, and any government identification document with photographs, descriptions, and/or fingerprints of and for Sead DUKIC, born November ▓, 1971, in Velika Kladuša, Bosnia and Herzegovina.

2. Identity documents to include, passports, driver's licenses, military identification cards—including but not limited to VOB-2, VOB-3 and VOB-8, police identification cards, birth certificates, fingerprint cards, and any government identification document with photographs, descriptions, and fingerprints of and for Sead MILJKOVIĆ, born May ▓, 1972, in Velika Kladuša, Bosnia and Herzegovina.

3. Identification documents that present similarly to those for DUKIC and MILJKOVIĆ but bear different names.

4. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes, and keys.

5. Papers, tickets, notes, schedules, receipts, and other documents relating to Sead DUKIC's travel to and from the United States.

6. Papers, tickets, notes, schedules, receipts, and other documents relating to Sead

---

[1] VOB-2, VOB-3 and VOB-8 are BiH military documents. VOB-2 and VOB-3 records include the date someone was found fit for military service, their mandatory draft service, their combat service, any special training, military specializations, and affiliations with any reserve units and military exercises conducted. VOB-8 is a broad description of one's military service and lists when someone entered and left the army with associated dates.

MILJKOVIĆ's travel to and from the United States.

7. Indicia and/or mementos of military and/or police service including, medals, commendations, uniforms, plaques, photographs (digital and print), coins, thank you letters, service records, and other items and memorabilia that are linked to military and/or police service.

8. Any and all other material evidence of violations of 18 U.S.C. § 1542, which includes false statement in application and use of passport.